ANN H. KUHLMAN, APPELLEE AND CROSS-APPELLANT, V. GWYER GRIMMINGER ET AL., APPELLANTS AND CROSS-APPELLEES.

350 N.W.2d 24

Filed June 29, 1984. No. 83-377.

Lynn B. Lamberty of Grimminger, Milner & Lamberty, for appellants.

E. H. Powell of Powell & Powell, for appellee.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.

We have reviewed this matter de novo on the record and have found no error concerning the judgment of the district court. Appellee's request for an attorney fee in the cross-appeal is denied. The judgment of the district court is affirmed.

AFFIRMED.